# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:07-cr-32-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENYAR ANDRAKIOS GLOVER ) | |
| _____ ) | |

**THIS MATTER** is before the Court pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 780 (Nov. 1, 2014).

The Probation Office has submitted a supplement to the Defendant's Presentence Report indicating that he may be entitled to immediate release. [Doc. 314]. The Federal Defenders of WNC, Inc. has agreed with the recommendation given by the Probation Office. [Doc. 316]. It appears to the Court that the Defendant has a colorable basis for relief. Based thereon, the Court determines that the United States Attorney should provide the Court with its position regarding this matter.

**IT IS, THEREFORE, ORDERED** that no later than seven (7) days from the entry of this Order, the United States Attorney and the Federal Defenders of WNC, Inc., shall file pleadings responsive to Defendant's Motion for Reduction of Sentence.

**IT IS SO ORDERED.**

Signed: May 14, 2015

Martin Reidinger
United States District Judge